**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY JAMES WILLIAMS,  　　　　　　No. C 11-2741 SI (pr)

　　　　Petitioner,  　　　　　　**ORDER OF TRANSFER**

　　v.

SACRAMENTO SUPERIOR COURT; et al.,

　　　　Respondents.

　　　　Anthony James Williams, an inmate at Deuel Vocational Institute in Tracy, California, has filed a petition for writ of habeas corpus that appears to challenge his conviction from the Sacramento County Superior Court. Sacramento County lies within the venue of the Eastern District of California. The facility Williams is incarcerated at is in San Joaquin County, also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction occurred in, and the prisoner is housed in, the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

　　　　IT IS SO ORDERED.

DATED: June 20, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge